ROYAL D. ROUNDS, Respondent, *v.* SYRACUSE AND SUBURBAN
RAILROAD COMPANY, Appellant.

*Rounds* v. *Syracuse & Suburban R. R. Co.*, 134 App. Div. 15, affirmed.
(Argued October 21, 1910; decided November 15, 1910.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the fourth judicial department, entered July
23, 1909, reversing a judgment in favor of defendant entered
upon a dismissal of the complaint by the court at a Trial Term
and granting a new trial in an action to recover for personal
injuries alleged to have been sustained through defendant's
negligence.

*Charles E. Spencer* for appellant.

*Joseph B. Murphy* for respondent.

Order affirmed and judgment absolute ordered against
appellant on the stipulation, with costs in all courts; no
opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER
and CHASE, JJ.

---

KRISTN OLSEN, Respondent, *v.* THE BROOKLYN HEIGHTS RAIL-
ROAD COMPANY, Appellant.

*Olson* v. *Brooklyn Heights R. R. Co.*, 133 App. Div. 445, affirmed.
(Submitted October 25, 1910; decided November 15, 1910.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the second judicial department, entered
July 7, 1909, affirming a judgment in favor of plaintiff entered
upon a verdict and an order denying a motion for a new trial
in an action to recover for personal injuries alleged to have
been sustained through defendant's negligence.

*D. A. Marsh* and *George D. Yeomans* for appellant.

*Arthur J. Lewis* and *John M. Wellbrock* for respondent

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WILLARD
BARTLETT, HISCOCK and COLLIN, JJ.